NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY RYAN, DOC #S40818,                    )
                                              )
       Appellant,                            )
                                              )
v.                                            )    Case No. 2D17-1874
                                              )
STATE OF FLORIDA,                             )
                                              )
       Appellee.                             )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Kevin C. Shirley, Punta Gorda, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

       Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.